WILLIAM MOORES, Appellant, v. JOHN TOWNSHEND et al., Respondents.

(Argued January 15, 1890; decided January 21, 1890.)

MOTION to dismiss appeal from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made February 14, 1887, which ordered judgment for defendants, upon a verdict directed by the court.

*L. A. Gould* for appellant.

*John Townshend* for respondents.

Agree to dismiss appeal, unless the appellant within ninety days procures a concise statement of the facts and of the question of law arising thereon, and of the determination of these questions by the General Term, to be prepared and settled and annexed to the judgment-roll, and a certified copy thereof transmitted to the clerk of the Court of Appeals, pursuant to the provisions of section 1339 of the Code of Civil Procedure, and pay fifty dollars costs.

All concur.

Ordered accordingly.